IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL AMOS TAITE,** | : | |
| Petitioner. | : | |
| vs. | : | CIVIL ACTION 10-0184-KD-M |
| **WARDEN BRUCE PEARSON,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court with the following amendment: The habeas petition shall be dismissed instead of denied.

Accordingly, it is ORDERED that Respondent's Motion to Dismiss (Doc. 12) be GRANTED, that Petitioner's § 2241 petition (Docs. 1-2) be DISMISSED, and that this action be DISMISSED.

DONE this September 3, 2010.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE